

# THE THIRTEENTH COURT OF APPEALS

### 13-13-00598-CV

Gregory Wade McLean and/or all Other Occupants of 2135 N FM 2184, Rogers, TX
v.
DLJ Mortgage Capital Inc., a Delaware Corp., its Successors and Assigns

On Appeal from the
County Court at Law No. 3 of Bell County, Texas
Trial Cause No. 73,980

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 20, 2014